CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RALPH J. MILLER, | ) Civil Action No. 7:04CV00702 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| GEICO AUTO INSURER, et al., | ) |
| Defendants. | ) |

This case is before the court on the DMV's motion to dismiss, or in the alternative, motion for summary judgment. For the reasons stated in a Memorandum Opinion filed this day, it is hereby

**ORDERED**

as follows:

1. The DMV's motion is **GRANTED**; and

2. The case is **DISMISSED** as to the DMV. The case shall proceed as to the United States Postal Service.

The Clerk is directed to send certified copies of this Order and the attached Memorandum Opinion to the plaintiff and to all counsel of record.

ENTER: This 19th day of July, 2005.

_/s/ Glen E. Conrad_
United States District Judge